**Exhibit A to the Complaint**

**Location:** Collegeville, PA  **IP Address:** 108.2.148.191
**Total Works Infringed:** 29  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 1A76A113C1D33455F6FB4D100985C9DA1974F425 | 04/10/2025 12:33:36 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 2 | 4D39C100FCBA34C0594394F40B59A034396688F6 | 04/08/2025 07:33:38 | Vixen | 07/26/2024 | 08/15/2024 | PA0002484850 |
| 3 | 37C40E4C9D59803C78FFAACFDC3986897B2E973F | 04/07/2025 22:03:20 | Tushy | 02/23/2025 | 03/28/2025 | PA0002522498 |
| 4 | 5300B9A5A4C54B6D9E237B73534FD11A4333DA8D | 03/31/2025 16:46:35 | Tushy | 03/30/2025 | 04/22/2025 | PA0002526944 |
| 5 | 7E4FC74E0FD6AFB670B07F4F2D99EC1C070B7A42 | 03/15/2025 03:46:38 | Milfy | 03/05/2025 | 03/28/2025 | PA0002522501 |
| 6 | B0200BC886AD0B6BC2DAE7F27B7992A966BF207F | 02/17/2025 00:57:51 | Tushy | 12/22/2024 | 01/16/2025 | PA0002509285 |
| 7 | EF35973AB04D713E637297399A8004E6B955D5DC | 02/09/2025 23:06:49 | TushyRaw | 02/06/2025 | 02/18/2025 | PA0002515899 |
| 8 | 6985ea7aa289b2501e9050375c3c61de820403f3 | 01/20/2025 16:16:15 | Vixen | 08/26/2022 | 10/05/2022 | PA0002373767 |
| 9 | 355fd4ba792cb16cdc72d6b920fb221c5a453461 | 01/09/2025 13:16:11 | Milfy | 01/08/2025 | 01/16/2025 | PA0002509390 |
| 10 | D41B2CF5A6F513982AB6A6D69527010DFBF38F3E | 12/21/2024 13:46:57 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 11 | D2B852E789DE97155088E670102B0F40540FE97B | 11/22/2024 19:21:04 | Milfy | 11/20/2024 | 12/13/2024 | PA0002506260 |
| 12 | adac1b93fda6beb3d3fc20e3b3c440b5060b4f8a | 11/18/2024 14:15:01 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 13 | 87936624e8efe7fe5dfe00fe1f693fe057ee9796 | 11/14/2024 20:48:10 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 14 | 8F934293D68F6AB99E04F77935C0C0B57090809F | 11/05/2024 20:37:56 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 15 | 7D1795246923B0F912DC5E45FDF6E39D24EFE8ED | 11/05/2024 17:54:20 | Milfy | 10/30/2024 | 11/18/2024 | PA0002500968 |
| 16 | 2A0B2E677AEFD8B57EFA950608EF81250CA7D80E | 11/05/2024 17:39:19 | Vixen | 11/01/2024 | 11/18/2024 | PA0002500861 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | cecf6796cb1f2236876a57cb041910edf72858a8 | 09/26/2024 18:59:29 | Blacked Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 18 | A68264E6A4F16004A1448280E6E10238EC3665E6 | 09/26/2024 15:25:23 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 19 | C4F37C5ED5B46F5B6EF06BB7ECBBD0DD58C3BDA3 | 09/26/2024 13:12:17 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 20 | aa2fbb40b48e0adc1cc9e7d78264108882abb416 | 09/26/2024 00:25:35 | Slayed | 02/14/2023 | 04/13/2023 | PA0002406900 |
| 21 | 3ff8336c73b3d9d9c150f9294ad54660f2c0f82c | 09/26/2024 00:05:31 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 22 | e0df74d3d7e4f9a54dd02ca099d473a51bf2282f | 09/23/2024 16:38:17 | TushyRaw | 09/10/2024 | 09/18/2024 | PA0002490434 |
| 23 | cf95d6fdc8b8efaeeb2c28d1985b9352519c20d3 | 09/18/2024 04:28:22 | Slayed | 03/19/2024 | 06/25/2024 | PA0002477540 |
| 24 | d376f722bd856af3181980af6e6f8b35c9d10939 | 09/17/2024 16:10:51 | Vixen | 03/19/2021 | 04/14/2021 | PA0002286735 |
| 25 | d9f3d51e7df1fe22973cf525994262324bc36feb | 09/17/2024 15:53:04 | Vixen | 01/14/2018 | 01/22/2018 | PA0002101751 |
| 26 | 5ea728058f8873434f4294f750d2ff05b375260c | 09/17/2024 15:00:22 | Blacked | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 27 | 293c627fcc334a0572fb6fe60d1ff8047bfcb13d | 09/17/2024 14:44:23 | Tushy | 03/27/2022 | 04/23/2022 | PA0002346427 |
| 28 | 556EBACF86AB28B054EE215F276F0B038CD9206F | 09/16/2024 15:17:12 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |
| 29 | A2AD39B72922AD0A7D1250D7B917E88822B7E56D | 09/16/2024 15:12:51 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |